Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Secured Creditor

**Order Filed on March 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re:<br><br>Sandra D. Hunter,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 16-32613-MBK<br><br>Hearing Date: March 21, 2017 at 10:00 AM<br><br>Judge: Michael B. Kaplan |
|---|---|

**CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF9**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: March 20, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Sandra D. Hunter |
| Case No.: | 16-32613-MBK |
| Caption of Order: | **ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF9** |

The parties have resolved Debtor's treatment of the claim filed by Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 with respect to real property located at 32 Gabriel Lane, Willingboro, NJ 08046, as follows and have consented to the entry of the within Order;

**ORDERED AS FOLLOWS:**

1. Debtor shall docket a motion to approve loan modification with the court within three (3) months upon entry of this order. If the Debtor does not obtain a loan modification within the required time frame, Debtor shall file a modified plan to address the treatment of the Secured Creditor.

2. Debtor shall make post-petition monthly payments to the Secured Creditor pursuant to the loan modification agreement dated February 1, 2017.

3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 32 Gabriel Lane, Willingboro, NJ 08046.

Consent to Form and Entry

| | |
|---|---|
| **Buckley Madole, P.C.** | **Washington Professional Campus** |
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: */s/ Francesca A. Arcure* | By: */s/ Joseph J. Rogers* |
|      Francesca A. Arcure |      Joseph J. Rogers |
| Date: March 16, 2017 | Date: March 14, 2017 |

United States Bankruptcy Court
District of New Jersey

In re:  
Sandra D. Hunter  
    Debtor

Case No. 16-32613-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 21, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.  
db         +Sandra D. Hunter,    32 Gabriel Lane,    Willingboro, NJ 08046-3048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:

        Albert     Russo     docs@russotrustee.com  
        Francesca Ann Arcure     on behalf of Creditor    Specialized Loan Servicing LLC    nj_ecf_notices@buckleymadole.com  
        Francesca Ann Arcure     on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006 nj_ecf_notices@buckleymadole.com  
        Joseph J. Rogers     on behalf of Debtor Sandra D. Hunter jjresq@comcast.net,    jjresq1@comcast.net  
        U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 5