Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−32613−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra D. Hunter
   32 Gabriel Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−7596

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/8/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 8, 2017
JAN: wir

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-32613-MBK
Sandra D. Hunter                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2            Date Rcvd: Nov 08, 2017
                            Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
```
db          +Sandra D. Hunter,   32 Gabriel Lane,   Willingboro, NJ 08046-3048
cr          +Specialized Loan Servicing LLC,   PO Box 9013,   Addison, TX 75001-9013
cr          +Specialized Loan Servicing LLC, as servicing agent,   P. O. Box 9013,   Addison, TX 75001-9013
516520518   +Banfield Pet Hospital,   62 Centerton Road,   Mt. Laurel, NJ 08054-6102
516520519   +Burlington County OBGYN,   45 B Homestead Drive,   Columbus, NJ 08022-1004
516520521   +Credence Resource Management,   Po Box 2390,   Southgate, MI 48195-4390
516614078   +Deutsche Bank National Trust Co.,Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516744876   +Directv, LLC,   by American InfoSource LP as agent,   4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
516520525    Pluese, Becker & Saltzman,   20000 Horizon Way, Suite 900,   Mount Laurel, NJ 08054-4318
516520526   +Specialized Loan Servicing/SLS,   Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005
516520527   +Suarez Dmd,   Savit Coll,   Po Box 250,   East Brunswick, NJ 08816-0250
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2017 22:44:10    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2017 22:44:07    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516520517    EDI: CINGMIDLAND.COM Nov 08 2017 22:23:00    AT & T,   PO Box 2969,   Omaha, NE 68103-2969
516750191   +EDI: CINGMIDLAND.COM Nov 08 2017 22:23:00    AT&T Mobility II LLC,   c/o AT&T Services, INc.,
              Karen A. Cavagnaro-Lead Paralegal,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
516520516   +E-mail/Text: mary.stewart@abcofcu.org Nov 08 2017 22:44:52    Abco Federal Cr Union,
              Po Box 247,   Rancocas, NJ 08073-0247
516520520   +EDI: CAPITALONE.COM Nov 08 2017 22:23:00    Capital One,   Po Box 30285,
              Salt Lake City, UT 84130-0285
516533022    EDI: DISCOVER.COM Nov 08 2017 22:23:00    Discover Bank,   Discover Products Inc,   PoB 3025,
              New Albany Ohio 43054-3025
516520522   +EDI: DISCOVER.COM Nov 08 2017 22:23:00    Discover Financial,   Po Box 3025,
              New Albany, OH 43054-3025
516520523   +EDI: DCI.COM Nov 08 2017 22:23:00    Diversified Consultant,   10550 Deerwood Pk Blvd Ste708,
              Jacksonville, FL 32256-2810
516520524   +EDI: IIC9.COM Nov 08 2017 22:23:00    IC Systems, Inc,   444 Highway 96 East,   Po Box 64378,
              St Paul, MN 55164-0378
516668865   +EDI: RMSC.COM Nov 08 2017 22:23:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
516812805    EDI: ECMC.COM Nov 08 2017 22:23:00    US Department of Education,   P O Box 16448,
              Saint Paul MN 55116-0448
                                                                                              TOTAL: 12
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
```
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
           First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9
            bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 08, 2017
                              Form ID: 148             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC nj_ecf_notices@buckleymadole.com

          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006 nj_ecf_notices@buckleymadole.com

          Joseph J. Rogers   on behalf of Debtor Sandra D. Hunter jjresq@comcast.net, jjresq1@comcast.net

          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                      TOTAL: 8